# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 8/31/2011                                                                 Case Number 3:09-cv-1167
Case Style: OVEC vs. Hobet
Type of hearing Hearing on Consent Decree
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                                   Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Derek Teaney, Amy Dawson


Attorney(s) for the Defendant(s) Robert McLusky, Blair Gardner


Law Clerk Nima Mohebbi                                                          Probation Officer

## Trial Time


## Non-Trial Time

Other non-evidentiary hearing. Type: on Consent Decree


## Court Time

1:30 pm    to 1:45 pm
Total Court Time: 0 Hours 15 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Hearing scheduled to commence:  1:30 pm
Hearing commenced:  1:30 pm

The Court found the following:
    1.    That it will decline to enjoin the defendant's current water treatment system proposal;

    2.    That it will defer to the West Virginia Department of Environmental Protection ("DEP") in determining the sufficiency of the system design; and

    3.    That deference to the DEP and the defendant's current plan does not imply that the defendant will not be subject to further action in the event the system fails to meet all applicable legal standards.

Adjourn:  1:45 pm